**Order filed January 21, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00546-CV
_____

### DI ANGELO PUBLICATIONS, INC., Appellant

### V.

### JENTRY KELLY, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-80674-B**

---

## ORDER

This is an appeal from an order finalized by a severance order entered July 7, 2020. The clerk's record was filed October 26, 2020.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the July 7, 2020 severance order.

Appellant failed to request that this item be included in the clerk's record. We order appellant to request that the Harris County District Clerk prepares and files a supplemental clerk's record on or before **January 27, 2021**, containing the

July 7, 2020 severance order or face dismissal of this appeal for lack of jurisdiction.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.